UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY JOHNSON, | No. 2:17-cv-0991 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SHAFFER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On June 14, 2018, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint. On June 25, 2018, plaintiff filed the "Notice of Amendment" form appended to the June 14 order, but plaintiff failed to submit his proposed amended complaint. In an abundance of caution, plaintiff is granted twenty-one days in which to file an amended complaint that complies with the June 14, 2018 order. Plaintiff is cautioned that failure to file an amended complaint will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall file an amended complaint that complies with the June 14, 2018 order.

Dated: July 5, 2018

/john0991.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE