UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY JOHNSON, | No. 2:17-cv-0991 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SHAFFER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On August 13, 2018, plaintiff filed a document styled, "Motion for Abeyance." (ECF No. 12.) Plaintiff appears to seek a stay of this action pending completion of his newly-scheduled parole hearing on September 28, 2018. Plaintiff states that if he is granted parole, his claims raised in this action would be moot.

By order filed June 14, 2018, plaintiff's complaint was dismissed with leave to amend. Plaintiff was granted an extension to file an amended complaint on July 19, 2018. Because plaintiff demonstrates good cause for a brief stay of this action pending his upcoming parole hearing, plaintiff's motion is granted. This action is stayed until October 28, 2018. If plaintiff is granted parole on September 28, 2018, he shall file a notice of voluntary dismissal of this action. If plaintiff is denied parole, he shall file his amended complaint on or before October 28, 2018. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 12) is granted;

2. This action is stayed until October 28, 2018;

3. On or before October 28, 2018, plaintiff shall either file a notice of voluntary dismissal or an amended complaint, as set forth above;

4. Failure to comply with this order will result in a recommendation that this action be dismissed; and

5. The Clerk of the Court is directed to stay and administratively terminate this action.

Dated: August 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john0991.stay